■ JAMES TALCOTT, INC. v. SHERVIEW CORPORATION et al.— Motion to dismiss appeal granted unless appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1964, with notice of argument for the January 1965 Term of this court, and on the further condition that within 10 days after service of a copy of order entered hereon, with notice of entry, appellant pays $20 motion costs, the maximum amount of motion costs allowed by CPLR 8202. Concur — Botein, P. J., Breitel, Rabin. Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD GITTELSON.— Motion for a change of venue from the Supreme Court of New York County to a county outside the City of New York, pursuant to subdivision 2 of section 346 of the Code of Criminal Procedure, denied. The papers do not establish that defendant could not obtain a fair trial in the County of New York, or that he would not obtain as fair a trial in the County of New York as he could elsewhere in the State of New York. Moreover, since defendant's contentions relate only to the recent surge of publicity in connection with the case, even this consideration — if conceivably it were given the weight defendant would ascribe to it — can be obviated by the trial not proceeding earlier than January 15, 1965. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.